## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, PLAINTIFF, | CIVIL ACTION No. 19-12874 |
| v. | JURY DEMAND |
| T&T SUBSEA, LLC DEFENDANT. | |

### COMPLAINT

#### NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 ("ADA") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Jason Woods. As alleged with greater particularity below, the Defendant, T&T Subsea, LLC, terminated Mr. Woods because of disability.

#### JURISDICTION & VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 451, § 1331, § 1337, § 1343, and § 1345. This action is authorized and instituted pursuant to the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C.§ 2000e-5(f)(1) and (3) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed in the State of Louisiana and, therefore, within the jurisdiction and venue of the United States District Court for the Eastern District of Louisiana pursuant to Title VII, 42 U.S.C.§ 2000e-5(f)(3).

#### PARTIES

3.  Plaintiff, the U.S. Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration,

1

interpretation, and enforcement of Title I of the ADA and is expressly authorized to bring this action by the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Title VII, 42 U.S.C. § 2000e-5(f)(1).

4.      At all relevant times, T&T Subsea, LLC has continuously been a Texas limited liability company doing business in Louisiana, and has continuously had at least 15 employees.

5.      At all relevant times, T&T Subsea, LLC has continuously been an employer engaged in an industry affecting commerce under the ADA, 42 U.S.C.§ 12111(5) and (7).

6.      At all relevant times, T&T Subsea, LLC has been a covered entity under the ADA, 42 U.S.C. § 12111(2).

ADMINISTRATIVE PROCEDURES

7.      More than 30 days prior to the institution of this action, Mr. Woods filed a Charge of Discrimination ("Charge") with the Commission alleging violations of the ADA by T&T Subsea, LLC.

8.      On or about June 27, 2019, the Commission issued to T&T Subsea, LLC a Letter of Determination ("LOD") finding reasonable cause to believe that T&T Subsea, LLC violated the ADA and inviting T&T Subsea, LLC to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

9.      The Commission engaged in communications with T&T Subsea, LLC to provide T&T Subsea, LLC the opportunity to remedy the discriminatory practices described in the LOD.

10.      On or about August 28, 2019, the Commission issued to T&T Subsea, LLC a Notice of Failure of Conciliation advising T&T Subsea, LLC that the Commission was unable to secure from T&T Subsea, LLC a conciliation agreement acceptable to the Commission.

11.      All conditions precedent to the institution of this action have been fulfilled.

STATEMENT OF CLAIMS

12.     Since at least January 1, 2015, T&T Subsea, LLC has engaged in unlawful employment practices in violation of the ADA, 42 U.S.C. § 12112(a) and (b).

13.     Mr. Woods is a qualified individual with a disability under the ADA, 42 U.S.C. § 12102 and § 12111(8).

        A.     Mr. Woods has an impairment, colorectal cancer, that substantially limits one or more major life activities, including but not limited to normal cell growth.

        B.     Mr. Woods has a record of an impairment, colorectal cancer, that substantially limits one or more major life activities, including but not limited to normal cell growth.

        C.     T&T Subsea, LLC subjected Mr. Woods to an adverse employment action, termination, because of his actual or perceived impairment, colorectal cancer.

14.     T&T Subsea, LLC subjected Mr. Woods to an adverse employment action, termination, on the basis of disability.

        A.     In about June 2015, T&T Subsea, LLC hired Mr. Woods as a diver/tender.

        B.     In about December 2015, Mr. Woods was diagnosed with colorectal cancer.

        C.     From about December 2015 to January 2016, Mr. Woods received chemotherapy.

        D.     On or about April 15, 2016, T&T Subsea, LLC placed Mr. Woods on medical leave for surgery.

        E.     On or about August 31, 2016, Mr. Woods notified T&T Subsea, LLC that he would like it to return him to full duty.

F.      T&T Subsea, LLC's general manager contacted a doctor at the

Occupational Medicine Clinic to ask whether Mr. Woods would be able to pass a medical

examination to return to full duty.

G.      The doctor told the general manager that the Association of Diving

Contractors International ("ADCI") criteria would prevent Mr. Woods from passing a

medical examination if he had received chemotherapy within the past five years.

H.      The doctor never conducted a medical examination of Mr. Woods or

reviewed Mr. Woods's medical records.

I.      T&T Subsea, LLC did not have Mr. Woods to undergo any medical

examination.

J.      Instead, the general manager determined that Mr. Woods would not be

able to pass the medical examination to return to full duty because he had received

chemotherapy within the prior five years.

K.      The general manager did not have any medical training.

L.      On or about September 1, 2016, the general manager discharged Mr.

Woods because he had determined that Mr. Woods would not be able to pass the medical

examination to return to full duty because Mr. Woods had received chemotherapy within

the prior five years.

M.      On November 9, 2016, another doctor at the Occupational Medicine Clinic

conducted a medical examination of Mr. Woods, and Mr. Woods passed that

examination.

N.      Mr. Woods notified T&T Subsea, LLC that he passed the medical

examination, but T&T Subsea, LLC refused to rehire him.

4

O.      Since T&T Subsea, LLC discharged Mr. Woods, his colorectal cancer—
and the chemotherapy he received as a result—has not interfered with his ability to
perform the job of diver/tender with or without reasonable accommodation.

15.      The effect of T&T Subsea, LLC's unlawful employment practices complained of
above has been to deprive Mr. Woods of equal employment opportunities and otherwise
adversely affect his status as an employee because of disability in violation of the ADA.

16.      T&T Subsea's policy of not employing persons who have had chemotherapy
within the past five years violates the ADA.

17.      The unlawful employment practices complained of above were intentional.

18.      T&T Subsea, LLC acted with malice and/or reckless indifference to the federally
protected rights of Mr. Woods when it engaged in the unlawful employment practices
complained of above.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining T&T Subsea, LLC its officers,
agents, servants, employees, attorneys, and all persons in active concert or participation
with it, from discriminating against its applicants or employees on the basis of disability.

B.      Order T&T Subsea, LLC to institute and carry out policies, practices, and
programs which provide equal employment opportunities for qualified individuals with
disabilities, and which eradicate the effects of its past and present unlawful employment
practices.

C.      Order T&T Subsea, LLC to make whole Mr. Woods, by providing
appropriate backpay with prejudgment interest, in amounts to be determined at trial, and

other affirmative relief necessary to eradicate the effects of its unlawful employment

practices, including but not limited to reinstatement and/or front pay.

      D.     Order T&T Subsea, LLC to post and keep posted the notices required by

the ADA, 42 U.S.C. § 12115, which incorporates by reference Title VII, 42 U.S.C.

§ 2000e-10(a).

      E.     Order T&T Subsea, LLC to make and preserve all records relevant to the

determination of whether unlawful employment practices have been or are being

committed, in accordance with the ADA, 42 U.S.C. § 12117(a), which incorporates by

reference Title VII, 42 U.S.C. § 2000e-8(c).

      F.     Order T&T Subsea, LLC to make whole Mr. Woods by providing

compensation for past and future pecuniary losses resulting from the unlawful

employment practices described above, including job-search and medical expenses, in

amounts to be determined at trial.

      G.     Order T&T Subsea, LLC to make whole Mr. Woods by providing

compensation for past and future nonpecuniary losses resulting from the unlawful

practices complained of above, including emotional pain and suffering, inconvenience,

and humiliation, in amounts to be determined at trial.

      H.     Order T&T Subsea, LLC to pay punitive damages for its malicious and/or

reckless conduct, as described above, in amounts to be determined at trial.

      I.     Grant such further relief as the Court deems necessary and proper in the

public interest.

      J.     Award the Commission its costs of this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this Complaint that are triable to a jury.

Respectfully submitted,

**Sharon Fast Gustafson**
General Counsel
U.S. Equal Employment Opportunity Commission
No Bar No. Assigned

**James L. Lee**
Deputy General Counsel
U.S. Equal Employment Opportunity Commission
No Bar No. Assigned

**Gwendolyn Young Reams**
Associate General Counsel
U.S. Equal Employment Opportunity Commission
No Bar No. Assigned

**Rudy L. Sustaita**
Regional Attorney
U.S. Equal Employment Opportunity Commission
Houston District Office
1919 Smith Street, 7th Floor
Houston, TX 77002
Phone: (713) 651-4970
Fax: (713) 651-4995
Texas Bar No. 19523560

**Kathy D. Boutchee**
Supervisory Trial Attorney
U.S. Equal Employment Opportunity Commission
1919 Smith Street, 7th Floor
Houston, TX 77002
Phone: (713) 651-4913
Fax: (713) 651-7995
kathy.boutchee@eeoc.gov
Texas Bar No. 02717500

*(Continued on next page.)*

**Claudia Molina-Antanaitis (Lead)**
Trial Attorney
U.S. Equal Employment Opportunity Commission
1919 Smith Street, 7th Floor
Houston, Texas 77002
Phone: (713) 651-4952
Fax: (713) 651-7995
claudia.molina@eeoc.gov
Maryland Bar No. 0212180252

/s/ Andrew B. Kingsley

**Andrew B. Kingsley**
Trial Attorney
U.S. Equal Employment Opportunity Commission
New Orleans Field Office
Hale Boggs Federal Building
500 Poydras Street, Suite 809
New Orleans, LA 70130
Phone: (504) 208-8661
Fax: (504) 595-2886
Louisiana Bar No. 35865

COUNSEL FOR U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

REGISTERED AGENT FOR SERVICE OF PROCESS:

Callie Murphy
Schouest, Bamdas, Soshea & Ben Maier
2315 Florida St. Suite 123
Mandeville, LA 70448